# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD RAY POLLARD**,

**Petitioner,**

**v.**

**WARDEN JAMES CROSS,**

**Respondent.**                                                     **No. 10-0143-DRH**


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 22, 2010, the petition is **DENIED** and this case is **DISMISSED** with prejudice.------------------------------------------------------------------------------------------

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


**BY:** _____/s/*Sandy Pannier*_____
                    **Deputy Clerk**

Dated: October 22, 2010

David R. Herndon
2010.10.22 10:52:54 -05'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT